UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Case No.:_____ |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SEAL THE COMPLAINT** |
| College of St. Scholastica, | |
| Defendant. | |

**NOTICE OF MOTION**

TO: College of St. Scholastica, and its counsel Stephen J. Vaughan; Gray Plant Mooty; 600 New Hampshire Avenue, N.W., The Watergate - Suite 700, Washington, DC 20037.

PLEASE TAKE NOTICE that Plaintiff, by his attorneys, hereby moves the Court for an Order that the unredacted Complaint in this action will remain under seal as filed.

This motion is made pursuant to the Court's inherent authority and Rule 5.2 (d) and (e) of the Federal Rules of Civil Procedure, and is based upon the motion below and if requested by the Court, arguments of counsel to be presented at a hearing at a date and time to be determined.

**MOTION**

Plaintiff brings this motion to request that the Court seal the unredacted Complaint in this matter because the Complaint contains sensitive and protected information about Plaintiff, and at least one individual who is not a party to this action.

1

<table>
<tr><td>Dated: August 31, 2017</td><td>Respectfully submitted,<br><br>**SCHOOL LAW CENTER, LLC**<br><br>By: /s/ Andrea L. Jepsen<br>Andrea L. Jepsen (#386781)<br>Amy J. Goetz (#214711)<br>452 Selby Avenue, Ste. 2E<br>St. Paul, MN  55102<br>Telephone (651) 222-6288<br>Facsimile (651) 222-7193<br>ajepsen@schoollawcenter.com<br>agoetz@schoollawcenter.com<br><br>**ATTORNEYS FOR PLAINTIFF**</td></tr>
</table>